UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10-cr-00027-JMS-TAB |
| | ) | |
| TIMOTHY CHEATHAM (02), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kellie Barr's Report and Recommendation dkt. [186] recommending that Timothy Cheatham's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Barr's Report and Recommendation dkt [186]. The Court finds that Mr. Cheatham committed Violation Number 1 as amended and as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkt. [171]. The Court dismissed Violation Number 2 at dkt. [171]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Cheatham is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months and with no federal supervised release to follow with this sentence imposed to run concurrent to the sentence Defendant received in state court Cause No. 11C01-2310-F2-000828.

Date: 5/14/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system